UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ALLIED COMMUNICATIONS CORP.,**
*et al.*,

      **Plaintiffs,**

                                **Civil Action 2:20-cv-4561**
    v.                            **Judge Sarah D. Morrison**
                                **Magistrate Judge Chelsey M. Vascura**

**HAYAT ALADWAN,**

      **Defendant.**

## ORDER

      Plaintiffs commenced this action against Defendant on September 2, 2020, alleging violations of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, *et seq.*, trademark infringement under 15 U.S.C. § 1125(d), and state-law claims for misappropriation of trade secrets, civil theft, breach of the duty of loyalty/faithless servant, and conversion.  (Compl., ECF No. 1.)  The Court granted a temporary restraining order on September 8, 2020, which required Defendant, *inter alia*, to respond to Plaintiffs' discovery requests by September 17, 2020.  (ECF No. 6.)  Having not, to date, received complete responses to those requests, Plaintiffs now move for an order compelling Defendant to provide full and complete discovery responses and for an award of expenses and costs incurred in bringing the motion to compel.  ("Motion to Compel," ECF No. 20.)  Defendant failed to file an opposition by the December 29, 2020 deadline set by the Court.  (Order, ECF No. 26.)  Accordingly, the Motion to Compel is unopposed.

      For good cause shown, Plaintiffs' Motion to Compel (ECF No. 20) is **GRANTED**.  The undersigned notes that, per a December 30, 2020 email from Plaintiffs' counsel to chambers,

Defendant did serve supplemental responses on December 23, 2020.  However, Plaintiffs contend Defendant's responses remain deficient.  To the extent Defendant has not already done so, Defendant is **ORDERED** to serve full and complete responses to Plaintiffs' First Combined Set of Discovery Requests **WITHIN SEVEN DAYS** of the date of this Order.

Further, pursuant to Federal Rule of Civil Procedure 37, when a motion for an order compelling disclosure or discovery is granted, an award of the movant's reasonable expenses incurred in making the motion is mandatory.  Fed. R. Civ. P. 37(a)(5)(A).  Based on Plaintiffs' unrebutted representations regarding Defendant's counsel's repeated failure to respond to Plaintiffs' inquiries regarding outstanding discovery, the undersigned finds it appropriate to hold both Defendant and her counsel, Sanjay K. Bhatt, jointly responsible for reimbursing Plaintiffs for the reasonable expenses, including attorney's fees, incurred in bringing the present Motion to Compel.  *See* Fed. R. Civ. P. 37(a)(5)(A).  The parties are **ORDERED** to meet and confer regarding the appropriate amount of expenses to be awarded.  If the parties are unable to reach an agreement, Plaintiffs shall file a motion with accompanying documentation of all such expenses **WITHIN TWENTY-ONE DAYS** of the date of this Order.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE